UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH M. GORA

    Plaintiff,

v.

RAYMOND GELABERT, *et al.*,

    Defendants.
_____/

Case No. 1:08-CV-992

HON. GORDON J. QUIST

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Plaintiff on December 5, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).[1]

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 2, 2011, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion For Summary Judgment (docket no. 81) is **GRANTED**.

This case is **concluded**.

Dated: December 27, 2011                                                               /s/ Gordon J. Quist
                                                                                                       GORDON J. QUIST
                                                              UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge erroneously said that any objections to the Report and Recommendation must be served and filed within <u>ten</u> days. Though, the Magistrate Judge correctly said that all objections are governed by W.D. Mich. LCivR 72.3(b), which states that objections must be served and filed within <u>fourteen</u> days. Using fourteen days, Plaintiff had until December 19, 2011, to file objections.